1  **NICHOLAS & BUTLER, LLP**
   Craig M. Nicholas  (SBN 178444)
2  Alex M. Tomasevic (SBN 245598)
   Jeffrey D. Montez (SBN 260192)
3  225 Broadway, 19th Floor
   San Diego, CA  92101
4  Telephone:     (619) 325-0492
5  Facsimile:     (619) 325-0496

6  Attorneys for Plaintiff

7  **MANATT, PHELPS & PHILLIPS, LLP**
   GREGORY N. PIMSTONE (Bar No. CA 150203)
8  E-mail: gpimstone@manatt.com
   11355 West Olympic Boulevard
9  Los Angeles, CA  90064-1614
   Telephone: (310) 312-4000
10 Facsimile: (310) 312-4224

11 **MANATT, PHELPS & PHILLIPS, LLP**
   AMY B. BRIGGS (Bar No. CA 194028)
12 E-mail: abriggs@manatt.com
   AMANDA M. KNUDSEN (Bar No. CA 252752)
13 E-mail: aknudsen@manatt.com
   One Embarcadero Center, 30th Floor
14 Telephone: (415) 291-7400
   Facsimile: (415) 291-7474
15
   Attorneys for Defendant California Physicians' Service d/b/a Blue Shield of California
16

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA S. SMYLIE, On Behalf of Herself and All Others Similarly Situated, | Case No. 10-CV-02966-RS |
| Plaintiff, | **[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND DEADLINE TO SUBMIT MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| CALIFORNIA PHYSICIANS' SERVICE, d/b/a BLUE SHIELD OF CALIFORNIA and DOES 1-100, Inclusive, | Hon. Richard Seeborg
Courtroom: 3
Date: October 21, 2010
Time: 10:00 a.m. |
| Defendants. | |

N&B
ATTORNEYS AT LAW
SAN DIEGO

[PROPOSED] ORDER                                                    10-CV-02966-RS

1   Based upon the parties' Joint Motion and Stipulation to Continue Case Management
2   Conference and Deadline to Submit Motion for Summary Judgment and good cause appearing:
3   IT IS HEREBY ORDERED that:
4   1. The Case Management Conference currently set for October 21, 2010 at 10:00am
5   shall be continued to  January 27 , 20~~10~~ 11 at  10:00  AM/~~PM~~.
6   2. Defendant's deadline to move for summary judgment, currently set for December
7   8, 2010, ~~shall be continued~~ to  be vacated and reset at the Case Management Conference
8   IT IS SO ORDERED.

10   Dated:  10/20 , 2010    By: _____
11                                      Hon. Richard Seeborg
                                       U.S. District Court Judge

13   300164640.1