**United States District Court**
For the Northern District of California

***E-Filed 11/14/11***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

OLGA SMYLIE,                              No. C 10-02966 RS

       Plaintiffs,                **STANDBY ORDER OF DISMISSAL**

  v.

CALIFORNIA PHYSICIANS' SERVICE,

       Defendants.
_____/

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **January 3, 2011**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **January 12, 2012, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 11/14/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE