MANATT, PHELPS & PHILLIPS, LLP
GREGORY N. PIMSTONE (Bar No. CA 150203)
E-mail: gpimstone@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

MANATT, PHELPS & PHILLIPS, LLP
AMY B. BRIGGS (Bar No. CA 194028)
E-mail: abriggs@manatt.com
AMANDA M. KNUDSEN (Bar No. CA 252752)
E-mail: aknudsen@manatt.com
One Embarcadero Center, 30th Floor
Telephone: (415) 291-7400
Facsimile: (415) 291-7474

Attorneys for Defendant California Physicians' Service
d/b/a Blue Shield of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA S. SMYLIE, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA PHYSICIANS' SERVICE, d/b/a BLUE SHIELD OF CALIFORNIA, a California Corporation, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C10-02966-RS<br><br>[~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE<br><br>Action Filed:  May 27, 2010 |

301584521.1

Having considered Plaintiff Olga Smylie and Defendant California Physicians' Service d/b/a Blue Shield of California's joint Stipulation of Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a) and the attached Settlement Agreement and Release of All Claims (Docket No. 48), the Court hereby **ORDERS** that Plaintiff Olga Smylie's Complaint is **DISMISSED** in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO ORDERED.**

Dated:  3/9 , 2012

By: *[signature]*
Hon. Richard Seeborg
United States District Judge